UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL KAPLON and SANDRA ROSENTHAL- KAPLON,<br>Plaintiff(s),<br>vs.<br><br>HARVEY CEDARS TOWNSHIP, HARVEY CEDARS POLICE DEPARTMENT, CHIEF OF POLICE ROBERT BURNAFORD, SERGEANT FREZEE OF THE HARVEY CEDARS TOWNSHIP POLICE, POLICE OFFICER ABBATEMARCO OF THE HARVEY CEDARS POLICE DEPARTMENT, POLICE OFFICER D'ANDREA OF THE HARVEY CEDARS POLICE DEPARTMENT, LONG BEACH TOWNSHIP, LONG BEACH TOWNSHIP POLICE DEPARTMENT, LONG BEACH TOWNSHIP CHIEFS OF POLICE, MAHON AND DEELEY, LIEUTENANT BERNART OF THE LONG BEACH TOWNSHIP POLICE, MELODY BERNHART, and JOHN DOES 1-10.<br>Defendant(s). | CASE NO.: 3:23-cv-01611-ZNQ-DEA<br><br>Civil Action<br><br><br><br><br><br><br><br><br><br><br><br>**ORDER** |

**THIS MATTER** having been opened before the Court by Adamo Ferreira, Esq., attorney for and on behalf of the Plaintiff, **MICHAEL KAPLON and SANDRA ROSENTHAL KAPLON**, for an Order granting alternate service on the Defendant, **MELODY BERNHARD**, and after consideration of the submission of the Plaintiff(s), and good cause appearing for the entry of his Order there from;

IT IS ON THIS 1st DAY OF November, 2023;

**ORDERED** as follows:

1. Plaintiff's motion for alternative service upon the Defendant, **MELODY BERNHARD**, is hereby GRANTED;

2. Plaintiff may effectuate service by any of the following means:

    a. by delivering the papers to the address of her husband's employ, the Long Beach Township Police Department, c/o: Lieutenant Bernard, with instructions to deliver the papers to his wife when he gets home and to have him/her sign an acknowledgement of service; ~~and/or~~ *and*

    b. ~~by email to her husband Lieutenant Bernard; and/or~~

    c. *of* by regular and certified mail to, "5306 West Avenue, Holgate, NJ 08008," the address where Defendant Melody Bernhard receives "mail from time to time"

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

— *terminates dkt. no. 16*